IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 09-00070 |
| | ) | CIVIL NO. 16-00278-CB |
| WILLIAM HENRY NORFLEET, JR., | ) | |
| | ) | |
| Petitioner/Defendant | ) | |

**ORDER**

Petitioner William Henry Norfleet, Jr. has filed, through counsel, a motion requesting the Court to hold in abeyance its ruling on Petitioner's underlying § 2255 motion pending the ruling of in *United States v. Beckles,* __ U.S. ___, No. 8544 (June 27, 2016). (Doc. 28.) In *Beckles*, the Supreme Court recently granted certiorari on issues that may determine the outcome of Petitioner's motion. Because the *Beckles* case has not been briefed or argued, a final decision is at least months away. This Court is reluctant to hold the motion in abeyance for such a potentially lengthy period. Pursuant to its previous order (Doc. 27), the Court will continue to hold the § 2255 motion in abeyance pending the Eleventh Circuit's final decision in *United States v. Matchett,* 802 F.3d 1185 (11th Cir. 2015). For now, the motion to hold in abeyance pending *Beckles* is **DENIED**.

**DONE** and **ORDERED** this the 11th day of July, 2016.

s/Charles R. Butler, Jr.
**Senior United States District Judge**